

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2021

No. 04-21-00162-CV

Jordan **GUNTER**,
Appellant

v.

**CARROLL & HINOJOSA PLLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07466
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On March 28, 2021, the trial court reporter Judith A. Stewart filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than ten (10) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2021.



Michael A. Cruz,
Clerk of Court